**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| THE BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,<br><br>                                  Plaintiff,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; McKESSON CORPORATION; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT PLC and MALLINCKRODT LLC.<br><br>                                  Defendants. | **CIVIL ACTION NO. 4:18-cv-00089-BMM** |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff, The Blackfeet Tribe of The Blackfeet Indian Reservation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), give Notice of Dismissal, without prejudice, of the above styled action.

Respectfully submitted this 26th day of June, 2018.

>*/s/ Clay Mitchell*
>Clay Mitchell, Esq.
>**LEVIN, PAPANTONIO, THOMAS**
>**MITCHELL, RAFFERTY & PROCTOR, P.A.**
>316 South Baylen Street, Suite 600
>Pensacola, FL 32502-5996
>Telephone: (850) 435-7068
>Facsimile: (850) 436-6068

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through the Court CM/ECF System.

*/s/ Clay Mitchell*
Clay Mitchell, Esq.